UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS A. MILLARD**, <br><br> Plaintiff, <br><br> v. <br><br> **MENDELSON LAW GROUP**, <br><br> Defendant. | Case No.: 09 CV 0407 JM (LSP) <br><br> **ORDER GRANTING MOTION FOR DISMISSAL WITH PREJUDICE** <br><br> **Doc. No. 3** |

Based upon the Plaintiff's Motion for Dismissal, and good cause appearing, this Court hereby orders the entire action, to be, and herewith is dismissed with prejudice. The Clerk of Court is instructed to close the case file.

IT IS SO ORDERED.

Dated: April 2, 2009

HON. JEFFREY T. MILLER
U.S. DISTRICT JUDGE